IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHARLES CURRIE,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br><br>　　　　Defendant(s).<br>_____/ | No C-09-2946 VRW (PR)<br><br><br><br>ORDER OF DISMISSAL |

　　　　Plaintiff, a prisoner incarcerated at California Men's Colony ("CMC") in San Luis Obispo, California, has filed a pro se civil rights complaint alleging various violations of his constitutional rights.  Plaintiff also seeks leave to proceed in forma pauperis under 28 USC section 1915.  Doc #2.

　　　　Because the case file in the instant action is merely a copy of the case file in case number C-09-2932 VRW (PR), it appears that this action was filed in error.  The action therefore is **DISMISSED** as duplicative under the authority of 28 USC section 1915A.

The clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Currie-09-2946-dismissed-duplicative.wpd